DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT JACKSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1799

[October 10, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Colbath, Judge; L.T. Case No. 96CF012793BXXX.

Robert Jackson Florida City, pro se.

No appearance filed for appellee.

PER CURIAM.

*Affirmed.*

WARNER, May and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***